**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SALVADOR ALONSO-RIVERO,** <br><br> ***Petitioner*,** <br> **v.** <br><br> **MARY DE ANDA YBARRA;** <br> **TODD BLANCHE;** <br> **DAVID J. VENTURELLA;** <br> **MICHAEL WATKINS; and** <br> **MARKWAYNE MULLIN,**[1] <br><br> ***Respondents*.** | § § § § § § § § § § § § | **EP-26-CV-00651-DCG** |

**ORDER REQUIRING RESPONDENTS TO RESPOND TO TRO MOTION**

Petitioner Salvador Alonso-Rivero ("Petitioner") moves for a temporary restraining order that would prohibit the Government from "removing him to a third country without providing him statutorily compliant notice and a meaningful opportunity to contest the designation in reopened removal proceedings."[2]

According to Petitioner, other, similar cases indicate that the Government doesn't plan to give Petitioner a "meaningful opportunity" to seek withholding of removal before removing him to a third country.[3] That, he argues, would be unlawful.[4] He therefore asks the Court to

---

[1] The Court assumes that Petitioner sues Respondents in their official capacities.

[2] *See* TRO Mot., ECF No. 21, at 7.

[3] *See id.* at 4–5 (citing *Morales Vazquez v. Bondi*, No. 3:26-CV-00577-DB, 2026 WL 752455, at *1 (W.D. Tex. Mar. 11, 2026)).

[4] *See id.* at 5–6.

temporarily restrain the Government from removing him unless and until it gives him such a "meaningful opportunity" to seek relief.[5]

Although Respondents' deadline to respond has passed,[6] the Court wishes to hear from Respondents before ruling on the Motion. The Court therefore **ORDERS** that by **Friday, August 21, 2026**, Respondents must **FILE** a **BRIEF**:

(1) responding to the factual allegations and legal arguments that Petitioner raises in his "Motion for Temporary Restraining Order" (ECF No. 21) and "Status Update and Request for Relief" (ECF No. 31); and

(2) indicating whether Respondents' positions are foreclosed by either:

(a) the Court's "Order Preliminarily Enjoining Respondents from Removing Petitioner Pending Withholding of Removal Determination" in *Zawu Roberts v. de Anda-Ybarra*, No. 3:26-CV-00377, 2026 WL 1459725 (W.D. Tex. May 22, 2026); and/or

(b) the Court's "Order Preliminarily Enjoining Respondents from Removing Petitioner Pending Immigration Judge Review" in *Pablo Pablo v. Venturella*, No. 3:25-CV-00566, 2026 WL 2078922 (W.D. Tex. Jul. 17, 2026).

---

[5] *See id.* at 7.

[6] *See* W.D. TEX. L.R. CV-7(D) (providing (with exceptions not applicable here) that a response to a motion "shall be filed not later than 14 days after the filing of the motion"); *see also* TRO Mot. at 7 (indicating that Petitioner filed the Motion on March 27, 2026).

Because Respondents haven't substantively responded to the allegations in the Petition,[7] that brief must also **INDICATE**:

(3) the country to which Respondents plan to remove Petitioner;

(4) whether that country has agreed to accept Petitioner;

(5) whether Petitioner's removal to that country is contingent on him accepting removal to that country;[8] and

(6) the timeframe in which Respondents expect to effectuate Petitioner's removal.

The Court **DIRECTS** the Clerk of Court to **SUBSTITUTE** Senior Official Performing the Duties of the Director of ICE David J. Venturella in place of former Acting Director Todd M. Lyons as a named Respondent in this case.[9]

---

[7] Respondents assert that Petitioner "was not in El Paso at the time of filing the petition," which they argue deprives the Court of jurisdiction. *See generally* Resp., ECF No. 14. The record, however, suggests that Petitioner placed his IFP application in the mail while detained in El Paso. *See, e.g.*, Proposed Pet., ECF No. 1-1, at 9 (attached to IFP application and indicating that, as when he mailed his IFP application, Petitioner's return address was at Camp East Montana); *see also id.* at 1 (listing Petitioner's "[p]lace of confinement" as "Camp East Montana Detention Center"); *see also* IFP Appl., ECF No. 1, at 1 ("I am being held at: Camp East Montana . . . ."). *Compare* Resp. at 1 (indicating that "Petitioner was transferred back to [Georgia]" on March 4, 2026), *with* IFP Appl. at 2 (dated March 1, 2026).

This Court previously determined that "the detention facility from which a petitioner mails their petition dictates their 'district of confinement' for purposes of assessing whether the Court has jurisdiction." *See* Order Denying Motion to Dismiss and Requiring Response to Motion for Temporary Restraining Order, *Velazquez Cornero v. Venturella*, No. 3:26-CV-01366-DCG (W.D. Tex. June 5, 2026), ECF No. 22. Although the case-initiating document here was an IFP application rather than a petition, the Court concludes that the "mailbox rule" still applies. *See, e.g.*, *Spotville v. Cain*, 149 F.3d 374, 378 (5th Cir. 1998) (holding that "a pro se petitioner's petition is filed . . . when he delivers [his IFP application and corresponding petition] to prison authorities for mailing").

[8] *Cf. Pablo Pablo v. Venturella*, No. EP-25-CV-00566-DCG, 2026 WL 2294407, at *7 (W.D. Tex. Aug. 7, 2026) (Guaderrama, J.) (observing that, under the CHNV removal program, "Mexico will not accept someone who does not agree to go").

[9] *See* FED. R. CIV. P. 25(d) ("An action does not abate when a public officer who is a party in an official capacity dies, resigns, or otherwise ceases to hold office while the action is pending. The officer's

Now that the Senate has confirmed Respondent Todd Blanche to serve as Attorney General of the United States,[10] the Court also **DIRECTS** the Clerk of Court to **REMOVE** the word "Acting" from Attorney General Blanche's title on CM/ECF.

**So ORDERED and SIGNED this 14th day of August 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**

successor is automatically substituted as a party. Later proceedings should be in the substituted party's name . . . . The court may order substitution at any time . . . .").

[10] *See, e.g.*, Riley Rogerson et al., *Senate confirms Blanche as attorney general*, Politico (Aug. 8, 2026, at 4:33 ET), https://www.politico.com/live-updates/2026/08/07/congress/todd-blanche-senate-confirmation-01029751 (last visited Aug. 10, 2026).