**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF TEXAS**
**EL PASO DIVISION**

| | | |
|---|---|---|
| **SALVADOR ALONSO-RIVERO,** | § | |
| | § | |
| ***Petitioner*,** | § | |
| **v.** | § | |
| | § | |
| **MARY DE ANDA YBARRA;** | § | |
| **TODD BLANCHE;** | § | **EP-26-CV-00651-DCG** |
| **DAVID J. VENTURELLA;** | § | |
| **MICHAEL WATKINS; and** | § | |
| **MARKWAYNE MULLIN,**[1] | § | |
| | § | |
| ***Respondents*.** | § | |

**FINAL JUDGMENT**

The Court previously granted Petitioner Salvador Alonso-Rivero's Petition for a Writ of Habeas Corpus (ECF No. 3) and directed the Clerk to close this case.[2] The Court now enters its Final Judgment under Federal Rule of Civil Procedure 58.[3]

For the reasons stated in the Court's "Order Granting Petition" (ECF No. 36), the Court **GRANTS** Petitioner Salvador Alonso-Rivero's Petition for Writ of Habeas Corpus (ECF No. 3).

There being no just cause for delay, this is a **FINAL** and **APPEALABLE** judgment.

---

[1] The Court assumes that Petitioner sues Respondents in their official capacities.

[2] *See* Order Granting Pet., ECF No. 36.

[3] *See* FED. R. CIV. P. 58(a) (providing that "every judgment . . . must be set out in a separate document").

**So ORDERED and SIGNED this 9th day of September 2026.**

**DAVID C. GUADERRAMA**
**SENIOR U.S. DISTRICT JUDGE**